The Law Office of Julie de Almeida
Julie de Almeida, Esq.
P.O. Box 1196
Weston, CT 06883
415-305-1211
Julie@jdealmeidalaw.com
http:www.jdealmeidalaw.com

Legal Assistant
*Krystelin Tirado
Krystelin@jdealmeidalaw.com

December 31, 2025

Honorable Vincent L. Briccetti
United States District Judge
United States District Court
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

Re: <u>U.S. v. Carlos Molina Rodriguez et al. 25-cr-91</u>

Dear Judge Briccetti:

  This status report is respectfully submitted per my capacity as the appointed Coordinating Discovery Attorney ("CDA") on this matter, pursuant to the Order Appointing Julie de Almeida as the Coordinating Discovery Attorney dated April 24, 2025, Dkt. 43.

  The discovery in this matter is extraordinarily voluminous and complex. Currently, the discovery consists of approximately 16 terabytes of data across eleven discovery productions and one Raw iCloud production. Ten discovery productions were produced for the defense teams on hard drives as well as uploaded to Box.com[1] for team access and collaboration. Updated and consolidated 2-terabyte hard drives containing the discovery excluding the seized cellular phones and the Portable Analog Case Materials, hereinafter "DCAP", and a 4-terabyte drive containing all seized cellular devices were sent to all defense teams on a rolling basis throughout December 2025. The eleventh production was received from the government on December 17, 2025, on two hard drives, one 2-terbayte and one 4-terabyte hard drive which the CDA team continues to work on. The folders that do not contain iCloud Extractions or Phone Extractions were uploaded to

---

[1] The Office of Defender Services offers free, unlimited storage Box.com accounts to all defense counsel and staff working on CJA cases. Box.com used the same security and encryption as the USAFX, the Box.com account used by the Department of Justice and by which the United States Attorney's Office transfers files to counsel.

Box.com for all teams to be able to access and review while the rest of the discovery is reviewed, prepared, duplicated, and readied for distribution in January 2026.

It is the CDA's understanding that additional supplemental and replacement discovery may be prepared by the Government. The supplemental discovery will likely contain additional seized device data as the Government is able to access and electronically create cell phone files to produce. The CDA provided hard drives to the Government in anticipation of this supplemental material being ready and available to be distributed to the CDA team. Email notifications will be sent to all defense teams once more information is known about the volume, content, and timing of any supplemental discovery productions.

## **DISCOVERY OVERVIEW BY PRODUCTION**

Below please find breakdown of the discovery, per production:

### 2025-05-30 Joint Production 01:

Total Size: 84 GB Folders: 1,917 Files: 13,555

**PDFS:**
Total PDF Documents: 3,157
Image Only PDFs: 0
Image Only Pages: 0
Total Pages: 122,685
Total Searchable Pages: 122,685 (100%)

**Seized Devices (Cellular Phones):**
Total Size: 10 GB
Total Phone Count: 1 Cellebrite Extractions

Overview of Production by File Types:

| Name | Size | Allocated | Files | Type |
|---|---|---|---|---|
| Office Files and Documents | 6.8 GB | 6.8 GB | 8,252 | Documents and files of office programs and PDFs |
| Audio Files | 1.6 GB | 1.6 GB | 1,084 | Files containing music, sounds or playlists |
| Video Files | 53.3 GB | 53.3 GB | 947 | Files containing videos or animations |
| Data Files | 116.7 MB | 119.0 MB | 855 | Files containing data of various kinds, not including files of databases |
| Program Files | 10.2 GB | 10.2 GB | 669 | Program Files, Libraries and other compiled resources |
| Text Files | 275.6 MB | 277.3 MB | 627 | Plain text files, log files |
| Container Files | 84.0 MB | 85.2 MB | 550 | Compressed Archives and disk images |
| Internet Files | 25.3 MB | 26.0 MB | 344 | Files related to the WWW, like HTML files |
| Miscellaneous Files | 10.9 GB | 10.9 GB | 118 | Unknown file types |
| System Files | 2.3 MB | 2.5 MB | 55 | System Files |
| Graphic Files | 279.9 KB | 360.0 KB | 30 | Files containing pictures, images or mouse cursors |
| Software Development Files | 3.1 MB | 3.1 MB | 12 | Source and project files of software development projects |
| Database Files | 3.1 MB | 3.1 MB | 6 | Files containing the data of client and server databases |
| Configuration Files | 833 Bytes | 24.0 KB | 6 | Files containing configuration settings |

## 2025-07-03 Joint Production 02:

Total Size: 2.0 TB Folders: 15,511 Files: 117,536

### PDFS:
Total PDF Documents: 282
Image Only PDFs: 0
Image Only Pages: 0
Total Pages: 2,093
Total Searchable Pages: 2,093 (100%)

### Seized Devices (Cellular Phones):
Total Size: GB
Total Phone Count: 13 Cellebrite Extractions

### Jail Calls Audio (No transcripts):
Audio Files: 680
Total Duration: 155 hours

Overview of Production by File Types:

| Name | Size | Allocated | % of Parent (Allocated) | Files | Type |
|---|---|---|---|---|---|
| Miscellaneous Files | 1.3 TB | 1.3 TB | 64.1 % | 69,781 | Unknown file types |
| Container | 721.2 GB | 721.2 GB | 35.3 % | 20 | Compressed Archives and disk images |
| Application | 5.9 GB | 5.9 GB | 0.3 % | 753 | Program Files, Libraries and other compiled r |
| Videos | 5.8 GB | 5.9 GB | 0.3 % | 35,234 | Files containing videos or animations |
| Audio | 1.3 GB | 1.3 GB | 0.1 % | 257 | Files containing music, sounds or playlists |
| Office | 312.2 MB | 312.8 MB | 0.0 % | 317 | Documents and files of office programs and F |
| Images | 131.3 MB | 135.0 MB | 0.0 % | 1,559 | Files containing pictures, images or mouse cu |
| Text | 52.1 MB | 65.4 MB | 0.0 % | 5,639 | Plain text files, log files |
| Internet | 13.9 MB | 15.5 MB | 0.0 % | 860 | Files related to the WWW, like HTML files |
| Configuration | 805.8 KB | 12.0 MB | 0.0 % | 3,069 | Files containing configuration settings |
| System | 1.0 MB | 1.1 MB | 0.0 % | 13 | System Files |
| Software Development | 53.7 KB | 124.0 KB | 0.0 % | 20 | Source and project files of software developm |
| Help | 66.1 KB | 68.0 KB | 0.0 % | 1 | Files of the Windows help system |
| Database | 30.5 KB | 36.0 KB | 0.0 % | 3 | Files containing the data of client and server c |
| Temporary | 7.3 KB | 28.0 KB | 0.0 % | 7 | Temporary files and backup copies containing |
| MacOS | 18.0 KB | 24.0 KB | 0.0 % | 3 | Files which are typically used on MacOS syst |

## 2025-08-26 Joint Production 03:

Total Size: 571.4 GB Folders: 64 Files: 80

**PDFS:**
Total PDF Documents: 21
Error PDFs: 4
Total Pages: 169
Total Searchable Pages: 169 (100%)

**Seized Devices (Cellular Phones):**
Total Size: 570 GB
Total Phone Count: 11 Cellebrite Extractions

**Jail Calls Audio (No transcripts):**
Audio Files: 75
Total Duration: 15.3 hours

Overview of Production by File Types:

| Name | Size | Allocated | % of Parent (Allocated) | Files | Type |
|---|---|---|---|---|---|
| Miscellaneous Files | 561.9 GB | 561.9 GB | 98.3 % | 33 | Unknown file types |
| Application | 5.9 GB | 5.9 GB | 1.0 % | 11 | Program Files, Libraries and other compiled resources |
| Videos | 3.6 GB | 3.6 GB | 0.6 % | 3 | Files containing videos or animations |
| Audio | 52.4 MB | 52.4 MB | 0.0 % | 1 | Files containing music, sounds or playlists |
| Office | 22.0 MB | 22.0 MB | 0.0 % | 24 | Documents and files of office programs and PDFs |
| Text | 432.4 KB | 436.0 KB | 0.0 % | 3 | Plain text files, log files |
| Internet | 52.2 KB | 60.0 KB | 0.0 % | 5 | Files related to the WWW, like HTML files |

## 2025-09-12 Joint Production 04:

Total Size: 18.7 MB Folders: 12 Files: 16

**PDFS:**
Total PDF Documents: 5
Image Only PDFs: 0
Image Only Pages: 0
Total Pages: 107
Total Searchable Pages: 107 (100%)

Overview of Production by File Types:

| Name | Size | Allocated | % of Parent (Allocated) | Files | Type |
|---|---|---|---|---|---|
| Office | 17.8 MB | 17.8 MB | 95.1 % | 6 | Documents and files of office programs and F |
| Images | 783.9 KB | 788.0 KB | 4.1 % | 3 | Files containing pictures, images or mouse cu |
| Internet | 126.1 KB | 136.0 KB | 0.7 % | 5 | Files related to the WWW, like HTML files |
| Text | 6.2 KB | 8.0 KB | 0.0 % | 2 | Plain text files, log files |

### 2025-09-17 Joint Production 05:

Total Size: 2.8 GB Folders: 7 Files: 2,674

**PDFS:**
Total PDF Documents: 1
Image Only PDFs: 0
Image Only Pages: 0
Total Pages: 5
Total Searchable Pages: 5 (100%)

Overview of Production by File Types:

| Name | Size | Allocated | % of Parent (Allocated) | Files | Type |
|---|---|---|---|---|---|
| Videos | 1.4 GB | 1.4 GB | 49.3 % | 813 | Files containing videos or animations |
| Application | 518.3 MB | 518.3 MB | 17.8 % | 1 | Program Files, Libraries and other compiled |
| Miscellaneous Files | 489.3 MB | 489.3 MB | 16.8 % | 2 | Unknown file types |
| Internet | 188.4 MB | 188.5 MB | 6.5 % | 7 | Files related to the WWW, like HTML files |
| Images | 180.7 MB | 183.0 MB | 6.3 % | 1,202 | Files containing pictures, images or mouse |
| Audio | 96.2 MB | 97.5 MB | 3.3 % | 645 | Files containing music, sounds or playlists |
| Office | 693.7 KB | 696.0 KB | 0.0 % | 1 | Documents and files of office programs and |
| Text | 6.2 KB | 8.0 KB | 0.0 % | 3 | Plain text files, log files |

### 2025-10-02 Joint Production 06 (DCAP – Analog Portable Case Files):

Total Size: 2.0 TB Folders: 826 Files: 6,897

**PDFS:**
Total PDF Documents: 1
Image Only PDFs: 0
Image Only Pages: 0
Total Pages: 3,260
Total Searchable Pages: 3.260 (100%)

**iCloud Account Seizures:**
Total Size: 1.4 TB
Total Number of Accounts: 43 separate accounts

**Social Media Accounts:**
Total Size: 95 GB
Total Number of Accounts: 13 separate accounts

Overview of Production by File Types:

| Name | Size | Allocated | % of Parent (Allocated) | Files | Type |
|---|---|---|---|---|---|
| Miscellaneous Files | 1.0 TB | 1.0 TB | 50.2 % | 130 | Unknown file types |
| Application | 1.0 TB | 1.0 TB | 49.8 % | 2,557 | Program Files, Libraries and other compiled |
| Internet | 93.5 MB | 101.7 MB | 0.0 % | 3,951 | Files related to the WWW, like HTML files |
| Container | 54.2 MB | 54.3 MB | 0.0 % | 58 | Compressed Archives and disk images |
| Images | 41.9 MB | 42.3 MB | 0.0 % | 157 | Files containing pictures, images or mouse cu |
| Software Development | 13.0 MB | 13.0 MB | 0.0 % | 15 | Source and project files of software developm |
| Office | 12.1 MB | 12.1 MB | 0.0 % | 2 | Documents and files of office programs and F |
| System | 3.6 MB | 3.6 MB | 0.0 % | 12 | System Files |
| Text | 115.8 KB | 136.0 KB | 0.0 % | 8 | Plain text files, log files |
| Configuration | 10.9 KB | 28.0 KB | 0.0 % | 6 | Files containing configuration settings |
| Database | 1.7 KB | 4.0 KB | 0.0 % | 1 | Files containing the data of client and server |

## 2025-10-03 Joint Production 07:

Total Size: 3.2 GB Folders: 84 Files: 1,001

**PDFS:**
Total PDF Documents: 270
Error PDFs: 75
Total Pages: 788
Total Searchable Pages: 788 (100%)

**Jail Calls Audio (No transcripts):**
Audio Files: 77
Total Duration: 15.6 hours

Overview of Production by File Types:

| Name | Size | Allocated | % of Parent (Allocated) | Files | Type |
|---|---|---|---|---|---|
| Container | 1.5 GB | 1.5 GB | 47.8 % | 3 | Compressed Archives and disk images |
| Audio | 1.2 GB | 1.2 GB | 35.8 % | 205 | Files containing music, sounds or playlists |
| Office | 276.8 MB | 277.4 MB | 8.4 % | 310 | Documents and files of office programs and F |
| Application | 171.8 MB | 172.0 MB | 5.2 % | 109 | Program Files, Libraries and other compiled |
| Miscellaneous Files | 69.8 MB | 69.9 MB | 2.1 % | 24 | Unknown file types |
| Text | 14.2 MB | 14.4 MB | 0.4 % | 64 | Plain text files, log files |
| Images | 4.7 MB | 5.1 MB | 0.2 % | 182 | Files containing pictures, images or mouse cu |
| Internet | 3.1 MB | 3.3 MB | 0.1 % | 69 | Files related to the WWW, like HTML files |
| Configuration | 22.8 KB | 96.0 KB | 0.0 % | 24 | Files containing configuration settings |
| Temporary | 7.9 KB | 36.0 KB | 0.0 % | 9 | Temporary files and backup copies containing |
| System | 298 Bytes | 8.0 KB | 0.0 % | 2 | System Files |

## 2025-10-22 Joint Production 08:

Total Size: 2.2 GB Folders: 159 Files: 5,707

**PDFS:**
Total PDF Documents: 143
Error PDFs: 127
Image Only Pages: 0
Total Pages: 30
Total Searchable Pages: 30 (100%)

Overview of Production by File Types:

| Name | Size | Allocated | % of Parent (Allo | Files | Type |
|---|---|---|---|---|---|
| Audio | 1.2 GB | 1.2 GB | 56.7 % | 924 | Files containing music, sounds c |
| Images | 367.5 MB | 368.6 MB | 16.7 % | 611 | Files containing pictures, images |
| Container | 302.8 MB | 302.8 MB | 13.7 % | 1 | Compressed Archives and disk i |
| Office | 252.5 MB | 260.4 MB | 11.8 % | 4,060 | Documents and files of office pro |
| Application | 25.0 MB | 25.1 MB | 1.1 % | 81 | Program Files, Libraries and oth |
| Text | 1.5 MB | 1.6 MB | 0.1 % | 11 | Plain text files, log files |
| System | 609.3 KB | 644.0 KB | 0.0 % | 11 | System Files |
| Miscellaneous Files | 18.6 KB | 24.0 KB | 0.0 % | 2 | Unknown file types |
| Internet | 5.5 KB | 20.0 KB | 0.0 % | 5 | Files related to the WWW, like H |
| Database | 15.0 KB | 16.0 KB | 0.0 % | 1 | Files containing the data of clien |

## 2025-10-28 Joint Production 09:

Total Size: 2.1 TB Folders: 3,302 Files: 1,574,704

**PDFS:**
Total PDF Documents: 866
Error PDFs: 581
Image Only Pages: 107 (20.7%)
Total Pages: 517
Total Searchable Pages: 410 (79.3%)

**Seized Devices (Cellular Phones):**
Total Size: 1.4 TB
Total Phone Count: 9 Cellebrite Extractions

Overview of Production by File Types:

| Name | Size | Allocated | Folders | Files | Pages |
|---|---|---|---|---|---|
| X:\…riguez, CM (NY-S)\PRODUCTIONS\2025-11- Joint Production 09\ | 2.1 TB | 2.1 TB | 3,302 | 1,574,704 | |
| Phone Uploads [#148031-148049] | 1.4 TB | 1.4 TB | 3,255 | 1,574,593 | |

## 2025-11-19 Joint Production 10:

Total Size: 2.0 TB Folders: 213 Files: 462

**PDFS:**
Total PDF Documents: 29
Error PDFs: 3
Image Only Pages: 0
Total Pages: 253
Total Searchable Pages: 253 (100%)

**Seized Devices (Cellular Phones):**
Total Size: 365 GB
Total Phone Count: 7 Cellebrite Extractions

Overview of Production:

| Name | Size | Allocated | Folders | Files |
|---|---|---|---|---|
| X:\…iguez, CM (NY-S)\PRODUCTIONS\2025-11-19 Joint Production | 2.0 TB | 2.0 TB | 231 | 462 |
| 5. [APO] iCloud Returns [#148307-148353] | 1.6 TB | 1.6 TB | 182 | 193 |
| 2. [APO] Cellphones [#148291-148295] | 364.7 GB | 364.7 GB | 38 | 232 |
| 4. [APO] Raw Meta Returns [#148305-148306] | 18.3 GB | 18.3 GB | 2 | 16 |
| 1. FBI Toolmark Analysis [#148049-148290] | 19.9 MB | 20.0 MB | 4 | 18 |
| 3. [APO] Law Enforcement Reports and Records [#148296- | 2.4 MB | 2.4 MB | 0 | 3 |

## 2025-12-12 Joint Production 11 (in progress)

Total Size: 647GB

**PDFS:**

Total PDF Documents: 100
Image Only PDFs: 0
Image Only Pages: 0
Total Pages: 438
Total Searchable Pages: 438 (100%)

**Seized Devices (Cellular Phones):**
Total Size: 597 GB
Total Phone Count: 7 Cellebrite Extractions

Overview of Production:





**Raw iCloud Extraction Data 8.42 TB**



The CDA review and analysis process aims to manage, prepare, and organize the discovery to make it readily accessible and to facilitate efficient review by defense counsel. The CDA team performed a file analysis and an audit and OCR[2] upon receipt of each production.

---

[2] OCR is a technology that recognizes text within a digital image. It is commonly used to recognize text in scanned documents. This software allows a computer to recognize printed characters e.g., letters, numbers or punctuation. Please note that OCR is never 100% accurate since it only processes text that it can analyze, thus handwriting or text within photographs is rarely recognized. Optical character recognition or optical character reader (OCR) is the

Where possible, all documents were made text searchable. During this process a folder labeled "@Attorney Review Tools" was created and populated with e-discovery tools. These tools included a sortable, hyperlinked overall case index to aid in counsel's review with hyperlinks to the folders and files on the hard drives as well as Box.com. A .PDF search tool as well as a dtSearch Index were created to allow counsel to search text across all files and filenames.

For the 44 seized and forensically imaged devices, the CDA team generated full phone reports and created a detailed device index for counsel to allow for easier access and preliminary review. A dtSearch tool was created across all generated phone reports to assist counsel in searching for communications, unique text strings or audio/video/image filenames across all the devices. The phone files contain data related to call logs, calendars, contacts, instant messages associated with applications such as WhatsApp, SnapChat, Twitter, iMessage, and Facebook, SMS and MMS text messages sent through the users' phone provider (Verizon, T-Mobile, etc.), emails, audio, video, documents, and all other information saved to the device. For devices of priority and importance to the defense teams, Cellebrite Reader.exe will need to be used to access the data files. The time to open these files varies greatly depending on the size of the file and the amount of RAM that the computer being used to access the files has. It is not uncommon for large files to take hours to open and for the computer to be useable during that period.

Three discovery productions contained seized jail calls. Sortable, hyperlinked spreadsheets were created to assist counsel to access and review the 832 calls consisting of approximately 187 hours in duration[3]. One spreadsheet was created for each inmate as well as one spreadsheet containing all the calls. The spreadsheets will allow counsel to filter by date, time, and dialed party however there are no line sheets or transcripts of these calls and there is no search tool for the content of audio/video files. Thus, there is no way to determine the content of the calls without listening to the audio files.

For the DCAP Analog Portable Case Files containing Apple iCloud and Social Media returns, the CDA team is in the process of learning how to navigate these files to assist counsel. The CDA team met with the Government for training on this program and recently received a training video to better understand the proprietary player in which the data has been preserved. The CDA will be available to train and assist the defense teams once she has a better understanding of the player's functionality.

For the photo and other audio and video data, the defense team may access the contents through the sortable case index which may contain a brief description from the Government about the file but otherwise there are no tools to review this content. The images, audio files, and videos must be opened and reviewed to determine the content.

To date, the CDA hosted eight one-hour online e-discovery training with counsel to review the discovery produced and the tools created to aid them in access and review of the materials. Many teams attended and participated in these training sessions. Several defense

---

electronic or mechanical conversion of images of typed, handwritten, or printed text into machine-encoded text, whether from a scanned document, or a photo of a document or a scene.

[3] Listening to 187 hours of audio/video at 35 hours per week, without rewinding or taking notes or considering background noise or slang, would take a reviewer over five weeks to review.

teams requested client specific trainings in addition to the group sessions. Additional training sessions are being scheduled for January 2026.

   The CDA and the Government continue to work together on supplemental and replacement materials. The CDA is available to assist with any supplemental production materials. Upon receipt, the CDA will update the device index, finalize the production, and duplicate and distribute it to all defense counsel via Box.com and/or hard drives. Once supplemental production data is distributed to counsel, the CDA will offer additional online training sessions to help counsel to continue to understand the volume and complexity of the contents.

   In summary, Julie de Almeida, the Coordinating Discovery Attorney, and her team will continue to assist defense counsel with the organization and management of discovery and its access and review. As discovery items are produced, they will be checked to ensure that they are complete, are searchable where applicable, and distributed to all defense teams as quickly as possible.

           Respectfully Submitted,

           *Julie de Almeida*
           Julie de Almeida
            NYSB #447645
            Coordinating Discovery Attorney
            Law Office of Julie de Almeida
            P.O. Box 1196
            Weston, CT 06883
            Telephone: (415) 305-1211
            Email: julie@jdealmeidalaw.com